IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-355 |
| | ) | |
| CHRISTIAN MALDONADO | ) | CAED Case No. 2:21-mj-0138 CKD |

**FILED**
Sep 03, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER

AND NOW, this 3rd day of September 2021, upon consideration of the government's emergency motion for stay and revocation of release order, filed pursuant to 18 U.S.C. § 3145(a), it is hereby ORDERED, ADJUDGED, and DECREED that said motion is GRANTED.

It is HEREBY ORDERED that the Order entered in the United States District Court for the Eastern District of California by U.S. Magistrate Judge Delaney is stayed. It is FURTHER ORDERED that the Defendant, CHRISTIAN MALDONADO, shall remain in the custody of the United States Marshals Service and be transported forthwith to the Western District of Pennsylvania for further proceedings on the government's request that Defendant, CHRISTIAN MALDONADO, be detained pending trial or other disposition.

/s/ Christy Criswell Wiegand
HONORABLE CHRISTY CRISWELL WIEGAND
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF PENNSYLVANIA